UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ARIES D. CRUDUP

CA,NO. 02-00073T

PETITONERS MOTION FOR LEAVE OF COURT
TO FILE A SUPPLEMENTAL PLEADING

This is a regust for leave of court to file a supplemental pleading under federal rules civil procedure rule 15(d).

Statement of the case

Petitoners should be allowed to file this issue because petitioner raised the issue in Judge Ernest C.Torres court room and on direct appeal.

Respectfully submitted,

Aries Crudup,petitoner

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ARIES D. CRUDUP

CA,NO. 02-00073T

PETITONERS SUPPLEMENTAL PLEADING ISSUE
DEALING WITH CONSECUTIVE SENTENCING

This is supplemental issue dealing with the sentencing guidelines Now comes the Petitioner stating that district court can have discreation on the guide lines.

Statement of the case

On May2,2003 Petitioner was sententenced to 84 mounts for felony possession of a firearm 922 (G)1. The sentence was also to be run consecutive to the state probation revocation by sentencing court by Honorable Judge, Earnest C.Torres.

The petitioner argues that due to the consective sentence which impose to his probation revocation.He indicates that Judge Ernest Torres would of impose the sentence concurrent if the guidelines had not mandatory.

Although it is not a fact that Judge Earnest Torres would of made the sentence concurrent. The petitioner demostrates the indication in transcript pages 11,13,14. In U.S. Antonakopouls,339 f3d 68,the defendant showed a reasonable probaility that the district court would have impose a different sentence more favrable. And the district court could not do so because of the mandatory guidelines.

IN the instant case the petitioner was seeking a concurrent sentence,or partially concurrent sentence.The court declined the reguest because application note 6, would not allow the sentence to be ran concurrent is what the district court decided. The court said the sentence must be consecutive.Judge Earnest Torres asked petitioner's attorney "how do you get around that application note 6" Transcript page 12.

From the discussion between my attorney and the Judge,the Judge was looking for a way to give me the concurrent sentence.But he could not because of application note 6.So I, the petitioner indicate that district court Judge Ernest Torres was bound by the guidelines application note 6.

Respectfully submitted,

Aries Crudup,Petitoner