UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

       v.                                  Cr. No. 02-73T

ARIES CRUDUP

### ORDER DENYING PETITIONER'S MOTION

Aries Crudup has filed a motion for "clarification or modification" of the sentence imposed by this Court on May 2, 2003. The motion is identical to one previously filed, and denied by this Court on March 21, 2006. The present motion is denied for reasons stated in the March 21, 2006 Order and because that the Order is the law of the case.

                                      By Order

                                      /s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: March 10, 2009